UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 6 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| Mr. DALE HARVEY,<br><br>      Petitioner - Appellee,<br><br> v.<br><br>Ms. GARANN ROSE MEANS,<br><br>      Respondent - Appellant. | No. 24-609<br><br>D.C. No.<br>2:23-cv-01712-JNW<br>Western District of Washington,<br>Seattle<br><br>ORDER |

Before: BYBEE, LEE, and FORREST, Circuit Judges.

Petitioner-appellee Dale Harvey moves under 22 U.S.C. § 9007(b)(3) for $50,000 in attorneys' fees incurred litigating this appeal. Harvey's motion for attorneys' fees, filed May 22, 2025 (Dkt. 52), is REMANDED to the district court to consider in the first instance. *See* 22 U.S.C. § 9007(b)(3) (providing for an award of legal fees by the "court ordering the return of a child").